

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS MUTUAL INSURANCE COMPANY, | § | No. 08-15-00075-CV |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| MARIA GARCIA and ANTHONY GARCIA, | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2005-6345) |

## <u>J U D G M E N T</u>

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF APRIL, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Larsen, Senior Judge
Larsen, Senior Judge (Sitting by Assignment)